**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| R.M.,<br><br>       Petitioner,<br><br>v.<br><br>ERNESTO SANTACRUZ, JR., et al.,<br><br>       Respondents. | No. 2:26-cv-03986-JAK (MARx)<br><br>**ORDER RE APPLICATION FOR TEMPORARY RESTRAINING ORDER (DKT. 2)** |

1

On April 14, 2026, R.M. ("Petitioner"), a Russian citizen who is subject to conditions of supervision by Immigration and Customs Enforcement ("ICE") but is not detained, filed a Petition for Writ of Habeas Corpus. Dkt. 1 ("Petition"). On the same day, Petitioner filed an Application for Temporary Restraining Order ("TRO"). Dkt. 2 ("Application"). Through the Application, Petitioner seeks a TRO enjoining Respondents "from requiring Petitioner to wear the 24/7 GPS electronic ankle monitor," which was a condition of supervision imposed by ICE on December 9, 2025. *Id.* at 2–3.

This District's General Order No. 26-05 § 2 provides for an expedited schedule for briefing on the merits of petitions for writs of habeas corpus seeking immigration-related relief. Pursuant to General Order No. 26-05 § 2, a scheduling order was entered in this action on April 15, 2026. Dkt. 6 ("Scheduling Order"). The Scheduling Order requires Respondents to answer the Petition by April 22, 2026, with Petitioner's reply due within three days of the filing of Respondents' Answer. *Id.* at 2. This "standard scheduling order is intended to provide a prompt resolution to habeas petitions and reduce the contemporaneous filing of applications for a temporary restraining order. Applications for temporary restraining orders should be reserved for cases where the petitioner alleges imminent, irreparable harm that cannot be addressed by the standard scheduling order or by expediting the briefing schedule." C.D. Cal. General Order No. 26-05 § 3.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Petitioner has not adequately demonstrated "imminent, irreparable harm" that "cannot be addressed" before the underlying Petition is adjudicated based on the schedule set forth in the Scheduling Order. Therefore, the Application is **DENIED**. Pursuant to this District's General Order 05-07, the Petition is **REFERRED** to Magistrate Judge Rocconi for the preparation of a Report and Recommendation.

**IT IS SO ORDERED.**

Dated: April 15, 2026

_____
John A. Kronstadt
United States District Judge

cc: Magistrate Judge Margo A. Rocconi

3