JS6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.M., Petitioner, v. ERNESTO SANTACRUZ JR. ET AL., Respondent. | Case No. 2:26-cv-03986-JAK-MAR<br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED, in part**, as follows:

(a) Respondents' imposition of the GPS ankle monitor on Petitioner without providing him an opportunity to be heard or an individualized assessment of his circumstances violated Petitioner's rights under the Due Process Clause of the Fifth Amendment.

(b) Respondents are ordered not to reimpose the GPS ankle monitor on Petitioner without (1) providing written notice and a chance for Petitioner to respond and object; and (2) conducting a complete and individualized written review of Petitioner's supervision conditions that takes into account

all relevant factors and that Respondents contend warrants the reimposition of the ankle monitor.

Dated: October 15, 2026

JOHN A. KRONSTADT
United States District Judge